**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

                                        Plaintiff,              1:25-cr-00282 (AMN)

v.

SAMER ABDELHAK, a.k.a. "Semi,"

                                        Defendant.

| | |
|---|---|
| **APPEARANCES:** | **OF COUNSEL:** |
| **United States Attorney for the** | **CYRUS P.W. RIECK, ESQ.** |
| **Northern District of New York** | **NICHOLAS C.E. WALTER, ESQ.** |
| 445 Broadway – Room 218 | Assistant United States Attorneys |
| Albany, New York 12207 | |
| | |
| 14 Durkee Street – Room 340 | **KATHERINE E. KOPITA, ESQ.** |
| Plattsburgh, New York 12901 | Assistant United States Attorney |
| *Attorneys for Plaintiff* | |
| | |
| **MORRISON COHEN LLP** | **SOLOMON B. SHINEROCK, ESQ.** |
| 909 Third Avenue | |
| New York, New York 10022 | |
| *Attorneys for Defendant* | |

**Hon. Anne M. Nardacci, United States District Judge:**

**WRIT OF ENTRY**

WHEREAS, the United States of America has moved for a writ of entry against the real property at 250 Bleecker Street, Gloversville, New York 12078 (the subject property), whose legal description is attached as Attachment A;

WHEREAS, the defendant, Samer Abdelhak, who is believed to be the owner of the subject property, has pled guilty in a superseding information to (i) conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1),

(b)(1)(A), (C) and (E), and (ii) conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), (*see* Dkt. No. 204; minute order, Jan. 29, 2026);

WHEREAS, in a plea agreement signed and submitted to the Court on January 29, 2026, the defendant has agreed to forfeit to the United States the subject property (Dkt. No. 204 at ¶ 1(d)(8));

WHEREAS, the United States is not seeking to seize the subject property at this time but, pursuant to 21 U.S.C. § 853(e)(1)(A), is seeking a writ of entry authorizing it to enter the subject property to inspect it and conduct an appraisal;

**NOW, THEREFORE, IT IS ORDERED that:**

a.  The United States Marshals Service ("USMS") or its designee is hereby authorized to enter the subject property, including any structures, on one or more occasions within the next 180 days for the purpose of conducting an inspection and inventory and appraisal of the subject property.

b.  USMS or its designee may be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the subject property, which appraisal may include, among other means, still and video photography.

c.  USMS or its designee may be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the subject property, which inspection and inventory may include, among other means, still and video photography.

d.  USMS or its designee may be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this writ of entry.

e.  Entry upon the subject property under this writ of entry shall not be deemed a seizure.

f.  Interference with anyone acting under authority of this writ of entry shall be deemed a violation of a Court order and may be punished as contempt or otherwise as provided by law.

Dated:  April 15, 2026
Albany, New York

_____
Anne M. Nardacci
U.S. District Judge

**ATTACHMENT A**

All that certain tract or parcel of land, together with the buildings and improvements thereon erected, situate, lying and being in the City of Gloversville, Fulton County, State of New York, being more particularly described as follows: The tract of land located on the eastern side of Bleecker Street, Gloversville, with a southern boundary that is approximately collinear with McLaren Street and extends easterly from Bleecker Street approximately 170 feet, thence extends northeasterly approximately 60 feet, thence extends westerly approximately 190 feet toward Bleecker Street, and thence extends southerly approximately 60 feet along Bleecker Street; and is abutted on the north side by the property known as 252 Bleecker Street, and on the south side by the property known as 246 Bleecker Street;

SUBJECT to all covenants, conditioning, easements and restrictions of record affecting said premises;

Said premises being known as and by street address: 250 Bleecker Street, Gloversville, NY 12078.

4